## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN AUFIERO, NEIL F. COLLINS, ROBYN L. DEFRANZO, DANIEL HYDE, PATRICK J. IRVING, THOMAS A. LEYNE, JOHN MAHONEY, JOSEPH E. MCCAIN, WILLIAM MCCARTHY, TIMOTHY MITSAKIS, LOUIS M. REMIGIO, SUSAN J. DESOUSA, Individually & Next Friend of CAMERON A. DESOUSA, JOHN DOE and JANE DOE<br>        Plaintiffs<br><br>v.<br><br>CITY OF SOMERVILLE, JOSEPH CURTATONE, as Somerville Mayor, DONALD CALIGURI, as former Somerville Police Chief, GEORGE MCLEAN, as former Somerville Police Chief, ROBERT BRADLEY, Somerville Police Chief, ROBERT TRAHAN, Individually and as Former Head of Department of Public Works, MITT ROMNEY, JOAN LANGSAM, as Former City Solicitor, PAUL ZIRPOLO, as DPW Project Manager, DOROTHY KELLY GAY, as Former Somerville Mayor, ROBERT J. PREZIOSO, SIMPSON GUMPERTZ & HEGER, INC., ENVIROTECH, VITHAL DESHPANDE, as Environmental Protection Engineer for the City of Somerville and ANGELO R. BUONOPANE<br>        Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>C.A. No.:<br><br><br><br><br><br><br><br>**05 11575 RЕК** |

## PLAINTIFFS' MOTION FOR MANDATORY INJUNCTION PURSUANT TO F.R.C.P. RULE 65

Now come the Plaintiffs; John Aufiero, Neil F. Collins, Robyn L. DeFranzo,

Daniel Hyde, Patrick J. Irving, Thomas A. Leyne, John Mahoney, Joseph E. McCain,

William McCarthy, Timothy Mitsakis, Louis M. Remigio, Susan J. DeSousa,

Individually and as Next Friend of Cameron A. DeSousa, John Doe and Jane Doe

(hereinafter collectively referred to as "Plaintiffs") and respectfully request this

2

Honorable Court issue a Mandatory Injunction Ordering the immediate relocation of employees, and associates thereof, of the Somerville Police Department from the current police station located at 220 Washington Street, Somerville, MA (hereinafter "220 Washington Street") to another location (Powder Hill School and/or trailers behind 220 Washington Street) in order to avoid further irreparable injury.

Plaintiffs supply this Honorable Court with the Motion herein as well as the Supporting Memorandum, with attached exhibits, for the purposes of stating and pleading the relief sought separate from the relief sought through the Civil Complaint filed with this Court. Lermer Germany v. Lermer Corp., 94 F.3d 1575, 1577 (Fed. Cir. 1996).

The relief sought by the Plaintiffs herein is as follows:

1.  Removal of all occupants from the building located at 220 Washington Street, Somerville, MA;

2.  Placement of all present occupants of 220 Washington Street, Somerville, MA into the Powder Hill School (or other available area) for purposes of carrying on the protective services of the Somerville Police Department while a remediation of 220 Washington Street occurs or other permanent placement can be made for the present occupants of 220 Washington Street;

3.  Plaintiffs propose a thorough and complete testing of the entire building located at 220 Washington Street for the purposes of determining, evaluating and assessing the type, amount, and degree of the hazardous materials and toxins in the building and surrounding lands in order to better analyze, diagnose and understand their own health symptoms; and

3

4. House all arrestees at the State Police facility at Wellington Circle.


Date:   July 26, 2005                          Respectfully submitted,
                                               The Plaintiffs,
                                               By their attorney,


                                               Stephen L. D'Angelo, Esq.
                                               BBO#: 640900
                                               D'Angelo & Hashem, LLC
                                               6 Beacon Street, Suite 505
                                               Boston, MA 02108
                                               (617) 624-9777